1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | NO. 1:08-CV-00404-AWI |
|---|---|---|
| Plaintiff, | ) ) | ORDER TO CONTINUE STATUS HEARING |
| v. | ) ) | |
| LISA SHAE ALLEN, | ) ) | |
| Defendant. | ) ) | |

On December 11, 2008, the parties stipulated that the Status Conference set for December 15, 2008, at 9:00 a.m., be continued to February 9, 2009, at 9:00 a.m.

Pursuant to the stipulation, IT IS HEREBY ORDERED that the status conference presently set for December 15, 2008, at 9:00 a.m., is continued until February 9, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:    December 12, 2008**              /s/ **Anthony W. Ishii**
                                          CHIEF UNITED STATES DISTRICT JUDGE