1  PAUL N. PURI [SBN 225741]
   Paul Puri & Associates
2  225 Bush Street, 16th Floor
   San Francisco, California 94104
3  Telephone: (415) 295 4799
   Facsimile: (415) 295 4798
4  E-mail attorney@paulpuri.com

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | NO. 1:08-CR-00404-AWI |
| ) | |
| Plaintiff,   ) | STIPULATION TO CONTINUE |
| ) | STATUS HEARING; ORDER |
| v.   ) | |
| ) | |
| LISA SHAE ALLEN,   ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Paul N. Puri, Attorney for Defendant LISA SHAE ALLEN, that the Status Conference set for March 9, 2009, at 9:00 a.m., may be continued to April 13, 2009, at 9:00 a.m.

This stipulation is entered into at the request of the defendant as his counsel will be unavailable on the date presently set for Status Conference and to allow the parties to continue to pursue and discuss plea negotiations.

The parties further stipulate that the time from March 9, 2009 to April 13, 2009 is excludable under the Speedy Trial Act (18 USC § 3161 et seq) and in particular, sections 18 USC §§ 3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv) to allow for adequate preparation and continuity of counsel and further that the ends of justice outweigh the public's interest in a speedy trial.

1  The parties also agree that time continues to be excluded pursuant to the Speedy Trial Act
2  under 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) in order to allow the defense to review the initial
3  discovery and for preparation of defendant's case.

4  DATE: March 4, 2009            By    /s/ Stanley A. Boone
                                        STANLEY A. BOONE
5                                       Assistant U.S. Attorney

6
   DATE: March 4, 2009            By    /s/ Paul N. Puri
7                                       PAUL N. PURI
                                        Attorney for LISA SHAE ALLEN
8

9

10                                **ORDER**

11     IT IS HEREBY ORDERED that the status conference presently set for March 9, 2009, at
12  9:00 a.m., is continued until April 13, 2009, at 9:00 a.m.

13

14  IT IS SO ORDERED.

15  **Dated:   March 4, 2009**              /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE
16

2