PAUL N. PURI [SBN 225741]
Paul Puri & Associates
225 Bush Street, 16th Floor
San Francisco, California 94104
Telephone: (415) 295 4799
Facsimile: (415) 295 4798
E-mail attorney@paulpuri.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:08-CR-00404-AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS HEARING AND PROPOSED ORDER |
| v. | |
| LISA SHAE ALLEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Paul N. Puri, Attorney for Defendant LISA SHAE ALLEN, that the Status Conference set for April 13, 2009, at 9:00 a.m., may be continued to June 15, 2009, at 9:00 a.m.

This stipulation is entered into at the request of the defendant as his counsel will be unavailable on the date presently set for Status Conference and to allow the parties to continue to pursue and discuss plea negotiations.

The parties further stipulate that the time from April 13, 2009 to June 15, 2009 is excludable under the Speedy Trial Act (18 USC § 3161 et seq) and in particular, sections 18 USC §§ 3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv) to allow for adequate preparation and continuity of

counsel and further that the ends of justice outweigh the public's interest in a speedy trial.

The parties also agree that time continues to be excluded pursuant to the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) in order to allow the defense to review the initial discovery and for preparation of defendant's case.

DATE: March 4, 2009  By   /s/ Stanley A. Boone
STANLEY A. BOONE
Assistant U.S. Attorney


DATE: March 4, 2009  By   /s/ Paul N. Puri
PAUL N. PURI
Attorney for LISA SHAE ALLEN

# ORDER

IT IS HEREBY ORDERED that the status conference presently set for April 13, 2009, at 9:00 a.m., is continued until June 15, 2009, at 9:00 a.m.


IT IS SO ORDERED.

**Dated:   April 13, 2009**              /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE